**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                           NO. 4:03CR00175-001 SWW

MICHAEL JACKSON, JR.                                                  DEFENDANT

**ORDER**

The above entitled cause came on for hearing September 9, 2015 on the government's superseding petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked** granting government's superseding petition [doc #43]. The defendant shall serve a term of ***TWENTY-FOUR (24) MONTHS*** imprisonment in the custody of the Bureau of Prisons consecutive to any undischarged term of imprisonment currently being served in the Arkansas Department of Corrections. The Court recommends that defendant be incarcerated at Forrest City, Arkansas to be close to family and that defendant participate in residential or non-residential substance abuse treatment and mental health counseling during incarceration.

There will be *NO* supervised release to follow.

The defendant is remanded to custody.

IT IS SO ORDERED this 14th day of September 2015.

/s/Susan Webber Wright

United States District Judge